# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  4:13CR3054 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| ALONZO ANDRES-JESUS, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's amended, unopposed motion to continue the November 21, 2013 deadline for filing sentencing documents in this case. The Court, being fully advised in the premises, and noting that the government has no objection to this continuance, finds that said amended motion should be granted.

IT IS THEREFORE ORDERED that the defendant's deadline to file the sentencing documents mentioned in ¶6 of this Court's sentencing order, filing 25, shall be continued until November 27, 2013.  Filing 31 is granted.  Filing 30 is denied as moot.

Dated this 21st day of November, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge